IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

VINCENT WALKER,
    Plaintiff,

v.                                                    Civil No. 3:21cv02 (DJN)

SHERIFF JOE B.,[1] *et al.*,
    Defendants.

### MEMORANDUM OPINION

By Memorandum Order entered on January 14, 2021, the Court directed the Clerk to mail a standardized form for filing a 42 U.S.C. § 1983 complaint to Plaintiff. (ECF No. 3.) The Court instructed Plaintiff to complete and return the form within fourteen (14) days of the date of entry thereof if he wished to file a complaint at this time. The Court explained that if Plaintiff failed to take any action within that time, the Court would dismiss the action without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

More than fourteen (14) days have elapsed and Plaintiff has not completed and returned the § 1983 form. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall issue.

Let the Clerk file a copy of the Memorandum Opinion electronically and send a copy to Plaintiff.

                                                                 /s/
                                                  David J. Novak
                                                  United States District Judge

Richmond, Virginia
Dated: February 16, 2021

---

[1] The Court cannot read the Defendant's last name in full.